UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Arnold,

        Petitioner,

  v.

CDC,

        Respondent.

Case Number: C09-5324 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Arnold   G-02394
CSP-Solano 4000
P.O. Box 4000
Vacaville, CA 95696-4000


Dated: January 27, 2010

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk